**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No.  2:18-mn-2873-RMG |

### SHORT FORM COMPLAINT AND JURY DEMAND

The Plaintiffs named herein through Exhibit A file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35.  This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court.  Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35.  Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

**Plaintiffs**

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

**Defendants**

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| | |
|---|---|
| Defendant 1 | 3M Company, f/k/a Minnesota Mining and Manufacturing Co. |
| Defendant 2 | AGC Chemicals Americas, Inc. |
| Defendant 3 | Amerex Corporation |
| Defendant 4 | Archroma US Inc. |
| Defendant 5 | Arkema, Inc. |
| Defendant 6 | Buckeye Fire Equipment Company |
| Defendant 7 | Carrier Global Corporation, individually and as successor in interest to Kidde-Fenwal, Inc. |
| Defendant 8 | Chemdesign Products, Inc. |
| Defendant 9 | Chemguard, Inc. |
| Defendant 10 | Chemicals, Inc. |
| Defendant 11 | Chemours Company, LLC |
| Defendant 12 | Clariant Corporation, individually and as successor in interest to Sandoz Chemical Corporation |
| Defendant 13 | Corteva, Inc., individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 14 | Deepwater Chemicals, Inc. |
| Defendant 15 | Dupont De Nemours, Inc., individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 16 | Dynax Corporation |
| Defendant 17 | E I Dupont De Nemours and Company, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 18 | Nation Ford Chemical Company |
| Defendant 19 | The Chemours Company FC, LLC, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 20 | Tyco Fire Products, LP, individually and as successor in interest to The Ansul Company |

**Jurisdiction and Venue**

4.  Plaintiff alleges jurisdiction based on:

    ☒     Diversity

    ☒     Federal Question

    ☒     The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

    ☐     Other:_____

5.  Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

**Plaintiff's Allegations of Exposure**

6.  Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

    - Direct exposure to AFFF (i.e. use or handling of AFFF); and/or

    - Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or

    - Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

**Plaintiff's Alleged Injuries**

7.  Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

    Kidney Cancer
    Testicular Cancer
    Thyroid Disease
    Ulcerative Colitis
    Liver Cancer
    Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above.  Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

## **Causes of Action**

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

Count I – Defective Design
Count II – Failure to Warn
Count III – Negligence
Count IV – Negligence Per Se
Count V – Trespass and Battery
Count VI – Strict Product Liability
Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
Count VIII – Concealment, Misrepresentation, and Fraud
Count IX – Conspiracy
Count X – Wrongful Death
Count XI – Loss of Consortium

Other Causes of Action:
Count XII – Punitive Damages
Count XIII – _____
Count XIV – _____
Count XV – _____
Count XVI – _____
Count XVII – _____
Count XVIII – _____
Count XIX – _____
Count XX – _____
Others

_____
_____
_____

## **Jury Demand**

10. Plaintiffs demand a trial by jury as to all claims in this action.

Dated:  08/22/2025            Respectfully Submitted,

                              AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC

                              */s/ Douglass A. Kreis*
                              Douglass A. Kreis
                              Bryan F. Aylstock
                              Justin G. Witkin
                              dkreis@awkolaw.com
                              baylstock@awkolaw.com
                              jwitkin@awkolaw.com
                              17 East Main Street, Suite 200
                              Pensacola, FL 32502
                              Phone: (850) 202-1010

                              *Attorneys for Plaintiffs*

**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873[1]**

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Anderson, Jolene | 11/16/1971 | ND | District of North Dakota | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 2. | Anderson, La Donna | 7/21/1954 | OK | Western District of Oklahoma | | X | | Kidney Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 3. | Anselmo, Karen | 10/11/1961 | NY | Eastern District of New York | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 4. | Archuleta, Sandra | 9/17/1975 | NM | District of New Mexico | | X | | Hypothyroidism; Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 5. | Arms, Victor | 4/29/1945 | OH | Southern District of Ohio | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 6. | Baker, Carol | 8/24/1959 | OH | Southern District of Ohio | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 7. | Baker, Paul | 11/10/1968 | OH | Northern District of Ohio | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.
[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 8. | Barnes, Robert | 6/2/1953 | NC | Eastern District of North Carolina | | X | | Kidney Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 9. | Barrett, Chastity | 6/6/1974 | NC | Eastern District of North Carolina | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 10. | Bean, Toni | 12/14/1976 | NM | District of New Mexico | | X | | Thyroid Cancer; Ulcerative Colotis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 11. | Beattie, Raymond | 6/4/1952 | NY | Eastern District of New York | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 12. | Betrix, Ronald | 1/15/1952 | NV | District of Nevada | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 13. | Betzag, Karen | 8/4/1971 | NY | Eastern District of New York | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 14. | Binion, Brent | 1/15/1966 | NY | Northern District of New York | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 15. | Boone, Sarah | 1/21/1979 | OH | Southern District of Ohio | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 16. | Bosher, Adrienne Leigh | 12/18/1969 | NJ | District of New Jersey | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 17. | Bowman, Christine | 6/8/1963 | NY | Western District of New York | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 18. | Bradley, Sheila | 8/6/1962 | OH | Southern District of Ohio | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 19. | Brasuell, David | 10/12/1971 | OK | Western District of Oklahoma | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 20. | Breads, Chris | 2/22/1967 | NY | Western District of New York | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 21. | Bridges, Mia | 3/17/1965 | NY | Southern District of New York | | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 22. | Bryson, Denise | 3/8/1950 | OH | Northern District of Ohio | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 23. | Butler, Paul | 1/9/1956 | NJ | District of New Jersey | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 24. | Cardenas, Claudia | 4/2/1973 | NM | District of New Mexico | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 25. | Carter, Janet | 10/7/1961 | OH | Southern District of Ohio | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 26. | Catania-Shady, Julie | 8/11/1979 | OK | Western District of Oklahoma | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 27. | Cermak, Frank | 2/4/1950 | NY | Northern District of New York | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 28. | Christovale, Conrad | 6/9/1961 | NC | Middle District of North Carolina | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 29. | Christy, Rebecca Sue Kessler | 9/25/1975 | OK | Western District of Oklahoma | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 30. | Clemens, Theresa Mae | 10/5/1956 | NE | District of Nebraska | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 31. | Cox, Duane | 8/14/1955 | NV | District of Nevada | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 32. | Daniels, Elizabeth | 10/12/1955 | OH | Northern District of Ohio | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 33. | De La Paz, Adrian John | 6/20/1975 | NM | District of New Mexico | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 34. | Dyer, Michael | 5/22/1961 | NE | District of Nebraska | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 35. | Elovaris, Joyce | 12/6/1975 | NY | Northern District of New York | | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 36. | Esposito, Carmen | 12/10/1952 | NJ | District of New Jersey | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 37. | Evans, Carolyn | 1/22/1966 | NE | District of Nebraska | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 38. | Fardoulis, Betty | 4/22/1959 | NC | Middle District of North Carolina | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 39. | Faulkner, Jodi | 6/8/1967 | NV | District of Nevada | | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 40. | Fernandez, Frank | 4/30/1987 | NV | District of Nevada | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 41. | Fisher, Jason | 9/10/1973 | OH | Northern District of Ohio | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 42. | Fulda, Richard Arthur | 10/21/1963 | ND | District of North Dakota | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 43. | Fuller, Bethany | 6/15/1987 | OH | Southern District of Ohio | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 44. | Gallegos, Austin | 8/14/1998 | NM | District of New Mexico | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 45. | Garcia, Roberta | 6/25/1965 | NM | District of New Mexico | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 46. | Gill, John | 8/12/1986 | NJ | District of New Jersey | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 47. | Gioffre, Michelina | 3/20/1974 | NY | Southern District of New York | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 48. | Gittens, Jonathan | 12/27/1981 | NY | Eastern District of New York | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 49. | Gowdy, William | 6/2/1969 | NY | Northern District of New York | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 50. | Graham, Jennifer L. | 10/28/1982 | NY | Western District of New York | | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 51. | Green, Andrew | 10/5/1964 | NV | District of Nevada | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | Green, Deanna Louise | 5/29/1966 | NM | District of New Mexico | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 53. | Green, Joyce | 8/29/1953 | OH | Southern District of Ohio | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 54. | Griffiths, Lisa | 7/31/1978 | OH | Northern District of Ohio | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 55. | Haffner, Ryan | 12/15/1987 | NY | Eastern District of New York | | X | | Testicular Cancer; Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 56. | Hammonds, Ebony | 11/6/1975 | NC | Eastern District of North Carolina | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 57. | Harrington, Maurice | 2/16/1952 | NY | Western District of New York | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 58. | Harrold, Jason | 9/25/1969 | NJ | District of New Jersey | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 59. | Hatchell, Ron | 2/6/1947 | NC | Middle District of North Carolina | | X | | Kidney Cancer; Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 60. | Hesselbach, Linda M. | 4/19/1959 | NY | Eastern District of New York | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 61. | Hinkle, Owen | 4/19/1958 | OH | Southern District of Ohio | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 62. | Hollander, Jedediah | 1/24/1980 | NE | District of Nebraska | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 63. | Hyde, Kevin | 12/17/1970 | NC | Western District of North Carolina | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 64. | Jackson, Carla | 12/5/1957 | NJ | District of New Jersey | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 65. | Jackson, Monica | 7/12/1965 | NV | District of Nevada | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 66. | James, Norman | 7/14/1969 | NC | Eastern District of North Carolina | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 67. | Jarvis, Bill | 5/5/1972 | OH | Southern District of Ohio | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 68. | Johnson, Maryellen | 12/30/1980 | NY | Eastern District of New York | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 69. | Jones, Dolores | 5/15/1938 | NM | District of New Mexico | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 70. | Judkins, Kellye | 9/3/1960 | OK | Western District of Oklahoma | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 71. | Kane, Jolyne Marie | 4/8/1957 | NY | Western District of New York | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 72. | Kaphers, Chris | 6/5/1961 | NC | Western District of North Carolina | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 73. | Kaplan, Jeff | 5/2/1970 | NV | District of Nevada | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 74. | Karasik, Andrew M. | 1/25/1989 | OH | Northern District of Ohio | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 75. | Kelly, Daniel | 4/11/1986 | NJ | District of New Jersey | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 76. | Kindell, Janine | 8/1/1971 | OH | Northern District of Ohio | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 77. | Kirnon, Deborah | 2/26/1966 | NY | Eastern District of New York | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 78. | Kokiadis, Maria | 10/6/1967 | NJ | District of New Jersey | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 79. | Laceste, Vida | 5/27/1952 | NJ | District of New Jersey | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 80. | Langdon, Joanne | 2/25/1979 | NY | Northern District of New York | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 81. | Larue, Lisa Marie | 11/13/1965 | NC | Eastern District of North Carolina | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 82. | Lombardo, Gina Marie | 9/5/1984 | NY | Western District of New York | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 83. | Maldonado, Xiomara | 8/4/1982 | OH | Northern District of Ohio | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 84. | Marino, Taiji | 4/17/1972 | NJ | District of New Jersey | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 85. | Marrs, Justus | 10/24/1976 | OK | Western District of Oklahoma | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 86. | Massengale, William | 7/8/1969 | OK | Western District of Oklahoma | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 87. | Mastnick, Mary | 9/23/1961 | OH | Northern District of Ohio | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 88. | Mazzone, Mark | 9/3/1980 | NJ | District of New Jersey | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 89. | McBrien, Jim | 6/20/1952 | NJ | District of New Jersey | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 90. | McBryde, Tracy | 9/12/1965 | OH | Northern District of Ohio | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 91. | McCarley, Shane Randolph | 4/20/1979 | NV | District of Nevada | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 92. | McDonald, Richard Gerald | 12/30/1968 | OH | Southern District of Ohio | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 93. | McGarry, Mark | 5/10/1967 | NV | District of Nevada | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 94. | Menegio, Sarah | 12/29/1985 | NY | Northern District of New York | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 95. | Menendez, Jessie Michelle | 7/27/1976 | NV | District of Nevada | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 96. | Miller, Erin | 10/28/1979 | NV | District of Nevada | | X | | Hypothyroidism; Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 97. | Miller, Michele Lee | 11/3/1970 | OH | Southern District of Ohio | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 98. | Montoya, Gloria | 4/4/1968 | NM | District of New Mexico | | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 99. | Morris, Rebecca | 1/27/1959 | NC | Eastern District of North Carolina | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 100. | Muckley, Dawn | 6/8/1958 | NC | Western District of North Carolina | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 101. | Nin Felix, Maribel | 4/6/1973 | NY | Southern District of New York | | X | | Ulcerative Colitis; Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 102. | Ninivaggi, Penny | 12/6/1964 | NY | Eastern District of New York | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"2* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 103. | Olson, Jana | 11/14/1964 | NM | District of New Mexico | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 104. | Orr, Herman | 6/4/1953 | NC | Eastern District of North Carolina | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 105. | Osborne, Sheri | 5/6/1977 | OH | Northern District of Ohio | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 106. | Owens, Anita | 1/18/1968 | NC | Western District of North Carolina | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 107. | Parish, Donna | 6/20/1964 | NJ | District of New Jersey | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 108. | Park, Charles | 2/21/1961 | NC | Eastern District of North Carolina | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 109. | Parker, Pamela Jean | 12/23/1956 | NV | District of Nevada | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 110. | Patalano, Robert | 3/6/1964 | NY | Southern District of New York | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 111. | Patrustie, Mary | 5/27/1975 | OH | Southern District of Ohio | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 112. | Pender, Pamela | 8/29/1971 | OH | Southern District of Ohio | | X | | Kidney Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 113. | Pennell, Shannon | 9/7/1970 | NC | Eastern District of North Carolina | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 114. | Petilli, Danielle | 9/4/1973 | NY | Southern District of New York | | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 115. | Phillips, Michelle | 4/25/1967 | OH | Northern District of Ohio | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 116. | Pierce, Kathryn | 9/18/1949 | OH | Northern District of Ohio | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 117. | Pugh, Taralyn | 12/2/1974 | NV | District of Nevada | | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 118. | Radley Mcgowan, Brenda | 11/15/1956 | NV | District of Nevada | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 119. | Rankin, Carol | 12/22/1956 | OH | Southern District of Ohio | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 120. | Reinfeldt, Randy | 1/13/1968 | NV | District of Nevada | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 121. | Rights, Brooke | 7/26/1976 | OH | Northern District of Ohio | | X | | Kidney Cancer; Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 122. | Rivera Colon, Isan G. | 12/22/1956 | NY | Southern District of New York | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 123. | Rivera, Marilyn | 4/22/1966 | NJ | District of New Jersey | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 124. | Rodriques, John | 12/4/1967 | OH | Northern District of Ohio | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 125. | Rowson, Jamie | 4/28/1948 | OH | Southern District of Ohio | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 126. | Scarangella, Christine Ann | 6/17/1952 | NY | Eastern District of New York | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 127. | Schochenmaier, Marti | 9/3/1956 | ND | District of North Dakota | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 128. | Schultz, Beth | 4/16/1953 | NY | Western District of New York | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 129. | Scrivens, Natalie | 9/6/1981 | OH | Northern District of Ohio | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 130. | Starcher, April | 3/12/1981 | OH | Southern District of Ohio | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 131. | Sullivan, Wendy | 6/11/1969 | NY | Northern District of New York | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 132. | Sweet, Israel Jacob | 2/9/1983 | NY | Northern District of New York | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 133. | Tatum, Mary | 10/9/1949 | NY | Northern District of New York | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 134. | Taylor, William Stephan | 1/8/1959 | NV | District of Nevada | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 135. | Thomas, Mary | 10/2/1979 | NY | Northern District of New York | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 136. | Thompson, Patrick | 11/1/1970 | NJ | District of New Jersey | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 137. | Torres, Shannon | 6/28/1963 | NM | District of New Mexico | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 138. | Towns, Melanie Y. | 6/24/1964 | OH | Northern District of Ohio | | X | | Kidney Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 139. | Trost, John | 11/30/1959 | NY | Eastern District of New York | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 140. | Turner, Robert | 10/20/1964 | OH | Northern District of Ohio | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 141. | Ulibarri, Rae | 2/1/1991 | NM | District of New Mexico | | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 142. | Vanhoesen Jackson, Shonda | 8/1/1975 | NY | Northern District of New York | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 143. | Wahl, Maria J. | 6/22/1976 | NY | Western District of New York | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 144. | Williams, Shareefa | 5/30/1970 | NY | Eastern District of New York | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 145. | Williams, Terri Ann | 2/19/1958 | NV | District of Nevada | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 146. | Woodard-Quiero, Lisa | 1/11/1973 | OH | Southern District of Ohio | | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 147. | Woodburn, Emerald | 5/17/1994 | OH | Northern District of Ohio | | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 148. | Word, Michael | 1/21/1942 | NY | Northern District of New York | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 149. | Wright, Kimberly Joycie | 12/17/1969 | NJ | District of New Jersey | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 150. | Young, Kelly | 8/15/1968 | ND | District of North Dakota | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |