AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

<table>
<tr><td rowspan="6">_____<br><br>_____<br>*Plaintiff(s)*<br>v.<br><br><br><br>_____<br>*Defendant(s)*</td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No.</td></tr>
</table>

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

## DEFENDANT LIST

3M Company, f/k/a Minnesota Mining and Manufacturing Company
3M Center
St. Paul, MN 55133

AGC Chemicals Americas, Inc.
55 E. Uwchlan Ave., Suite 201
Exton, PA 19341

Amerex Corporation
7595 Gadsden Highway
Trussville, AL 35173

Archroma U.S. Inc.
5435 77 Center Drive, Suite 10
Charlotte, NC 28217

Arkema, Inc.
900 1st Avenue
King of Prussia, PA 19406

Buckeye Fire Company
110 Kings Road
Mountain, NC 28086

Carrier Global Corporation
13995 Pasteur Blvd.
Palm Beach Gardens, FL 33418

ChemDesign Products, Inc.
2 Stanton Street
Marinette, WI 54143

ChemGuard, Inc.
One Stanton Street
Marinette, WI 54143

Chemicals, Inc.
12321 Hatcherville Road
Baytown, TX 77521

Chemours Company FC, LLC
1007 Market Street
Wilmington, DE 19899

Clariant Corporation
4000 Monroe Road
Charlotte, NC 28205

Corteva, Inc.
Chestnut Run Plaza 735
Wilmington, DE 19805

Deepwater Chemicals, Inc.
196122 E. County Road 735
Woodward, OK 73801

Du Pont de Nemours Inc. (f/k/a DowDuPont)
1007 Market Street
Wilmington, DE 19899
And
2211 H.H. Dow Way
Midland, MI 48674

Dynax Corporation
103 Fairview Park Drive
Elmsford, NY 10523

E. I. du Pont de Nemours and Company
1007 Market Street
Wilmington, DE 19898

Nation Ford Chemical Company
2300 Banks Street
Fort Mill, SC 29715

The Chemours Company
1007 Market Street
Wilmington, DE 19898

Tyco Fire Products, LP
One Stanton Street
Marinette, Wisconsin 54143-2542